

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00250-CV

IN RE VICTOR GEORGE MATSON                  RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: June 22, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).